IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REGGIE THOMPSON,<br><br>    Defendant. | No. 1:11-cr-00022 AWI<br><br>ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANTS ON BOND PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING, AND ORDER SETTING HEARING |

Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

IT IS FURTHER ORDERED that the hearing on the government's motion be set for September 6, 2011 at 9:00a.m.

IT IS SO ORDERED.

Dated: August 31, 2011

                                          CHIEF UNITED STATES DISTRICT JUDGE

1