1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MARC DAYS, CA Bar #184098
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
REGGIE THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00022 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; |
| v. | ) ) | ORDER THEREON |
| REGGIE THOMPSON, | ) ) | Date: October 31, 2011 Time: 9:00 am |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before October 10, 2011, responses shall be filed on or before October 24, 2011, and **the motions hearing now set for October 11, 2011, may be continued to October 31, 2011, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow him additional time for defense preparation and investigation and preparation of any motions to be filed, and to allow the parties additional time for negotiation. The requested continuance will conserve time and resources for all parties and the court. Assistant United States Attorney Kimberly Sanchez has no objection to this request.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

BENJAMIN B. WAGNER
United States Attorney

DATED: October 6, 2011          /s/ Kimberly Sanchez
                                KIMBERLY SANCHEZ
                                Assistant United States Attorney
                                Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 6, 2011          /s/  Marc Days
                                MARC DAYS
                                Assistant Federal Defender
                                Attorney for Defendant
                                REGGIE THOMPSON

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   October 6, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE