BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-00022 AWI-DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER FOR EXTENSION OF TIME TO |
| v. ) | FILE GOVERNMENT'S RESPONSE TO |
| ) | DEFENDANT'S MOTIONS |
| REGGIE THOMPSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

  IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Marc Days, attorney for Reggie Thompson, that the due date for the government's responses to defendant's motions in limine be extended from October 15, 2012 to October 17, 2012.  The parties are still engaged in plea discussions, and are exploring ways to fashion an appropriate recommendation to the Court regarding sentencing.  The recommendation the parties are considering takes into a number of considerations and the parties have agreed that

///

///

///

1

consultation with the U.S. Probation office is appropriate.  The parties anticipate that such contact and further discussions has a strong potential of resolving the matter without a trial.

Dated: October 15, 2012              Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                By   /s/ Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant U.S. Attorney

Dated: October 15, 2012              /s/ Marc Days
                                     MARC DAYS
                                     Attorney for Reggie Thompson



IT IS SO ORDERED.

Dated:      October 16, 2012         _____
                                     CHIEF UNITED STATES DISTRICT JUDGE

2